Janie L Yearley
**Name**
355 Smith Avenue
P.O. Box 109
**Address**
Santa Rosa, NM 88435

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 19 2023

MITCHELL R. ELFERS
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Janie Lynn Yearley, Plaintiff
(Full Name)

CASE NO. **23cv922-KK**
(To be supplied by the Clerk)

V.

, Defendant(s)

Lover Country Store #285

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

## A.   JURISDICTION

1)   Janie L. Yearley , is a citizen of New Mex. co
        (Plaintiff)                                        ( State )
who presently resides at 355 Smith Avenue P.O. Box 109 Santa Rosa, NM
                              (Mailing address or place of confinement)
88435

2)   Defendant Bill Morrison                          is a citizen of
                (Name of first defendant)
Santa Rosa, New Mexio                  , and is employed as
          (City, State)
General Manager                          . At the time the claim(s)
    ( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state law?
Yes ☐    No ☒    If your answer is "Yes", briefly explain:

XE-2   2/78        CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3) Defendant _Derek Rusinek_ is a citizen of
(Name of second defendant)
_Oklahoma City, Oklahoma_, and is employed as
(City, State)
_Risk Management Specialist_. At the time the claim(s)
( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.

Yes ☐   No ☒    If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

51-1-7(A)(2), Section 503(a) of the ADA, and Section 207(c) of Gina
51-1-11 (A), 29 CFR. 1630.2(i)
Americans with Disabilities act of 1990
Section 704(a) of Title VII, Section 4(d) of the ADEA

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

I was hired on or about March 2015, as a cashier. On or about September 2021, I Notified my employer of my disability and request for accomodation when I returned to work on or about September 2021, My supervisor had me continue to duties that I requested to be accomodated for. Due to failure to accomodate, I ended up making my disability worse and getting a new injury/Disability Parasthesia of Left Upper Limb. On or about October 4, 2021, after I expressed to my supervisor that the certain task was in contradiction of the accomodation that were requested by my doctor, I was told by him that he was tired of my shit, and that he was done with me, bye. As I took this as a termination I Left immediately and was taken off the schedule for further shifts. In Retaliation I was denied Unemployment Benefits as he refuse to attend hearing with ALJ attempts to reach 3 times. I believe I have been discriminated and retaliated against in violation of the Americans with Disabilities act of 1990, as amended.

## C.  CAUSE OF ACTION

1)  I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)  Count I: Americans with Disabities act of 1990 ac I was discriminated and retaliated against. As my left Upper limb has Parathezia due to failure to acomodate disability No lifting over 2 pound as a mop wet, 3 20 pounds as Bill morrison caused further Injury to myself.

(2)  Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing leagl authority or argument.)
Case of Sledge was in Shower 4 as he witnessed me in more Pain asked What was wrong as told him Dill Morrison

B)(1)  Count II: Falsifying Documents

(2)  Supporting Facts: AS I was Verbally Terminated on October, 4th 2021 They had falsified Documents to Unemployment that I was terminated October 1, 2021 and October 4, 2021 leave of absence as had No knowledge to as you Cant terminate a Employee hire Back on leave of absence as proves Bill morrison Lied and falsified documents

C)(1) Count III: Retaliation

(2) Supporting Facts: Bill morrison war given Doctor Notes No table to lift over 2 pounds as he had knowledge of and made me clean with a mop knowing about 20 pounds when wet caused further injury as now I have paratheria of upper limb. In Retaliation after verbally fire me 10-4-21 he lied to Unemployment made go through a hardship winter of 2021 as suffered Not being able to afford to go to Doctor almost lost vehicle as he falsified dates when in fact he knew he contradicted himself as guilty of fraud.

## D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐   No ☒   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit.

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number:

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    d) Issues raised: _____

XE-2   2/78

— 4 —

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☐ No ☒ If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought. I did receive Unemployment of Back pay to October 2021 as made me go through Pain and Suffering of a financial hardshp winter of 2021. I did file with EEOC as I waited almost 2 years to receive a Notice of right to Sue.

## E.    REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: Under Title VII of the Civil Right act of 1964 I request due to the Pain and Suffering and still in pain as Parathesia of Left Upper limb as request Compensatory & Punitive damages for Loss of Enjoyment of life, Pain Suffering Everyday since 10-4-2021, Loss wages as was Employed for 6 years, Emotional d. Stress from his retaliation for failure to accomodate for his Wrongful termination and No one called for 2 weeks as when Loves Country Stores #295 knows in fact falisified Documents

_____
Signature of Attorney (if any)

_____
Signature of Petitioner

Attorney's full address and telephone number.

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. Sec. 1746.  18 U.S.C. Sec. 1621.


Executed at _____ on _OCt  19_ 20_23_
                              (Location)                                                    (Date)

_Jamie Healy_____
                                                 (Signature)

XE-2   2/78                                           - 6 -

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | **543-2022-00142** |

| **New Mexico Dept of Workforce Solutions, Human Rights Bureau** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

I was hired on or about March 2015, as a Cashier. On or about September 2021, I notified my employer of my disability and request for accommodations. When I returned to work on or about September 2021, my supervisor had me continue to duties that I requested to be accommodated for. Due to the failure to accommodate, I ended up making my disability worse and getting a new injury/disability. On or about October 4, 2021, after I expressed to my supervisor that the certain task was in contradiction of the accommodations that was requested by my doctor, I was told by him that he was tired of my sh*t and that he was done with me, bye. As I took this as a termination, I left immediately and was taken off the schedule for future shifts. In retaliation I was denied unemployment benefits. I believe I have been discriminated and retaliated against, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| _____  _____<br>*Date*          *Charging Party Signature* | SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE<br>*(month, day, year)* |

*In re: Janie Yearly, Claimant v. Loves country Stores, Employer*
*Issue ID: 0011 9315 15-02;  Claimant ID: 2000719735*

ISSUE AND LAW:

The claimant appealed a determination issued by the Claims Adjudicator, which held that she was not eligible for unemployment benefits because she was on a leave of absence.  A disqualification was imposed beginning 10/04/2021 and until the claimant has earned wages in an equivalent to five times her weekly benefit amount ($1,555.00).  Potential benefit chargeability to the employer will be determined accordingly. The Sections of the Unemployment Compensation Law applicable to this case are 51-1-7(A) (2) and 51-1-11(A).

APPEARANCES: (via teleconference)
Janie Yearly, claimant


Based upon the records and testimony, the Administrative Law Judge (ALJ) enters the following:
FINDINGS OF FACT:

1. Although the employer confirmed participation for the March 1, 2022 appeal hearing in accordance with the Notice of Hearing, the Administrative Law Judge was unable to reach the employer at the number provided after three attempts on the record.  The hearing was held without that party.  The employer has the right to request that the appeal be reopened.
2. The claimant worked for the employer from March 10, 2015 through October 4, 2021.  At the time of separation, the claimant held the job title of Team Trainer and earned $15.30 per hour.  The claimant was discharged.
3. On September 9, 2021, the claimant injured her left elbow at her home.
4. The claimant saw a doctor for her injured elbow who provided the claimant with a doctor's excuse excusing the claimant from work through September 24, 2021.
5. The claimant informed the employer and provided the employer with a copy of the doctor's note, and , as a result, the claimant was off work on paid time off from September 13, 2021 through September 24, 2021.  The claimant was not scheduled to work from September 9, 2021 through September 12, 2021.
6. The claimant was released to return to work on September 24, 2021 with a lifting restriction of ten pounds.  The claimant provided the employer with a copy of the release which included the lifting restrictions.
7. The claimant returned to work and worked light duty through October 4, 2021.
8. On October 4, 2021, the employer instructed the claimant to clean the showers with an industrial mop, which weighed approximately twenty pounds when wet.   The claimant reminded the employer of her lifting restriction due to her elbow injury but indicated that she would try to clean the showers.
9. The claimant worked on cleaning the showers with the industrial mop for a few hours which aggravated her elbow injury and caused her severe pain.
10. The claimant told the employer that she could not continue to clean the showers due to the pain she was experiencing.  The employer told the claimant, "You know what, I'm tired of your shit, I'm done with you, bye" and walked off.  The claimant tried to talk to the employer, but he refused to talk to her and avoided her.
11. The claimant left the employer's premise because the employer wouldn't speak to her and because she believed that she had been terminated.
12. The claimant did not report for any additional scheduled shifts after October 4, 2021 because she had been terminated.
13. On October 6, 2021, the claimant left a message for Derrick Rusinek, the company's risk management representative.  The claimant wanted to speak to Derrick Rusinek to discuss her termination.  To date the claimant has not heard back from the employer; Derick Rusinek. .
14. Sometime after she was terminated in early October 2021 the claimant filed a complaint with the Department of Labor.  The complaint was closed by the Department of Labor and transferred to the EEOC for investigation.



| Employer Legal Address | Employer Physical Address |
|---|---|
| | PO BOX 173860 DENVER CO 80217-3860 |

**Claimant New Mexico**

IP

Issue
Pending:

| | Claimant Initial Response | Employer Response |
|---|---|---|
| ment ate: | | 3/15/2015 |
| ment te: | | 10/1/2021 |
| ı a ee? | No | |
| for :ion: | Discharged/Dismissed/Terminated | |

ect Update to make the Staff
try fields editable.
ect Save to submit updates to the
stem.



CLAYTON
NM
88415-2313

**Update Claimant New Mexico**

| IP Status: | **IP** | Issue Pending: |
|---|---|---|

| | **Claimant Initial Response** | **Employer Response** | **Staff Ent** |
|---|---|---|---|
| **Employment Start Date:** | | 3/10/2015 | (mm/d |
| **Employment End Date:** | | 10/4/2021 | (mm/d |
| **Are you a school employee?** | **No** | | ○ Yes |
| **Reason for separation:** | **Leave of Absence** | | |

- Select Update to make the Staff Entry fields editable.
- Select Save to submit updates to the System.

[ Update ]  [ Save ]

**Employer Timeliness**

Timely Separation        ● Questions?



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Albuquerque Area Office

500 Gold Avenue SW, Suite 6401
P.O. Box 128
Albuquerque, NM 87103
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Albuquerque Direct Dial: (505) 738-6721
Main FAX: (505) 248-5192
Legal FAX: (505) 248-5233
Website: www.eeoc.gov

Janie L Yearley
400 Smith Avenue, P.O. Box 109
Santa Rosa, NM 88435

RE:    Charge No. 543-2022-00142
       Janie L. Yearley v. Loves Country Store

Dear Ms. Yearley:

This letter is to inform you that the processing of your charge of employment discrimination in the above referenced matter has been completed. The Equal Employment Opportunity Commission (EEOC) is dismissing your charge and is issuing you a Notice of Right to Sue.

There is insufficient evidence to show that Respondent discriminated against you due to your disability. Therefore, there is insufficient evidence to show that you were not provided with a reasonable accommodation by Respondent due to your disability or harassed and discharged in retaliation of opposing an unlawful employment discrimination or participating in the EEO process.

In view of these facts, it is unlikely that further investigation of your charge will result in a finding that a violation of the law under which you filed your charge has occurred. For that reason, we have dismissed your charge and closed your file.

Enclosed you will find a Dismissal Notice of Right to Sue and, an Information Sheet which describes your right to pursue the matter in court by filing a lawsuit within 90 days of your receipt of the dismissal notice. This 90-day period for filing a private lawsuit cannot be waived, extended, or restored by EEOC.

Sincerely,

Javier L. Garcia
Federal Investigator